JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB RENALD SMITH, | ) Case No. CV 10-1223-GHK (DTB) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| JAMES A. YATES, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: 8/26/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE